

450 Seventh Ave
Suite 1408
New York, NY 10123

Danielle P. Light
T. 212.643.6677
F. 347.491.4048
dlight@hasbanilight.com

*Licensed in NY & NJ*

November 29, 2021

**VIA ECF**
Magistrate Judge Steven Tiscione
United States District Court
for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722
Courtroom 910, Chambers 914

      RE:    Windward Bora, LLC v. Montour et. al.
               2:21-cv-05303-ENV-ST
               Status Letter

Dear Judge Tiscione:

    We write to the Court pursuant to its Order dated November 29, 2021. Today, Plaintiff filed its motion seeking the Clerk's Certificate of Default. Once the Certificate of Default is entered, we will file a motion for final judgment. Should the Court require additional information, I can be reached at (212) 643-6677 or dlight@hasbanilight.com.

    We thank the Court for its time and consideration of this matter.

Thank you,


/s/Danielle P. Light
*Counsel for Plaintiff*