

450 Seventh Ave
Suite 1408
New York, NY
10123

T. 212-643-6677
F. 347-491-4048

July 15, 2022

**Via ECF**
United States District Court
Eastern District of New York
Honorable Judge Eric N. Vitaliano
100 Federal Plaza
Central Islip, NY 11722

      RE:    Windward Bora, LLC v. Junia Montour, et al.
               Case Number: 2:21-cv-05303-ENV-ST

Dear Judge Vitaliano:

     My office represents, Plaintiff, Windward Bora, LLC, in the above referenced action. As the court may be aware, there was a Stipulation of Dismissal filed on April 4, 2022, and entered by the court on April 5, 2022. This is to notify the court that we are filing said Notice of Dismissal concurrent with this letter.

     Should you have any questions, feel free to contact me.

                                        Respectfully,

                                        */s/ Danielle P. Light*
                                        Danielle P. Light, Esq.